# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2570
_____

NORMAN PLATT JR.,

   Appellant,

v.

FOUR FOUNTAINS, INC. and
PMA COMPANIES,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Frank Clark, Judge.

Date of Accident:  September 20, 2017.

June 26, 2019

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WINOKUR and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Bill McCabe of William J. McCabe, P.A., Longwood, and Clark W. Berry, Fort Myers, for Appellant.

H. George Kagan of H. George Kagan, P.A., Gulf Stream, for Appellees.